IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50041
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LUIS SANCHEZ,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CV-1033 and SA-94-CR-174
- - - - - - - - - - -
November 25, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

    Luis Sanchez, # 63949-080, appeals the district court's denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Having reviewed Sanchez' arguments and the record on appeal, we affirm for essentially the same reasons stated by the district court. United States v. Sanchez, SA-95-CV-1033 and SA-94-CR-174 (W.D. Tex., Jan. 3, 1996). Additionally, Sanchez' claims are meritless under the intervening decision of United States v. Ursery, 116 S. Ct. 2135 (1996).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.